IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA WARD COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil No. 3:13-CV-1330-N-BK |
| | § | |
| | § | |
| CITY OF DALLAS, TEXAS, et al., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion to Remand* (Doc. 7) is **DENIED**.

SO ORDERED this 30th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE