IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA WARD COOPER,<br>    Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:13-CV-1330-N-BK |
| CITY OF DALLAS and<br>KIMBERLY OWENS, individually and<br>in her official capacity,<br>    Defendants. | § § § § § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 9th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE