IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERESA WARD COOPER, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:13-CV-1330-N-BK |
| § | |
| CITY OF DALLAS and § | |
| KIMBERLY OWENS, individually and § | |
| in her official capacity, § | |
| Defendants. § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 6th day of April, 2014.

_____
THE HONORABLE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE